Appellate Case: 12-1796   Page: 1   Date Filed: 04/04/2012 Entry ID: 3897509

David Stebbins
123 W. Ridge
APT D
Harrison, AR 72601

U.S. Court of Appeals
111 S. Tenth St.,
Room 24.329
St. Louis, MO 63102

