IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

Case No. 12-1796

_____

|                         |   |                    |
|-------------------------|---|--------------------|
| in re DAVID STEBBINS    | ) | On petition for writ |
| Petitioner              | ) | of mandamus        |
|                         | ) |                    |

## MOTION FOR LEAVE TO FILE AMENDED PETITION

Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following motion for leave to file an amended petition for writ of mandamus.

Respondent has granted my petition for leave to proceed *in forma pauperis*, but has ruled on nothing else in the case, even though there are other motions and petitions that are equally straightforward, can be granted just as easily, and have been pending in Respondent's court for just as long.

I ask for leave to file an amended petition for writ of mandamus asking Respondent to rule on all of these motions as well.

Granted, I could just file this petition for writ of mandamus anyway, but more specifically, I ask for leave to file it under this case number. This would enable me to file the petition quickly and cheaply, using the ECF system, and would negate the need for me to file an *additional* IFP application. This would also save the clerks the responsibility of having to actually file the case (since the ECF would file it automatically for them), and would allow the Court to kill two birds with one stone, since the Court has to dispose of this case, anyway, we may as well get everything out of the way while we are at it.

Wherefore, premises considered, I hereby request that the Court allow me to file this

amended petition.

It is so requested on this 7th day of April, 2012.

David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com